# Drake Shunneson

| | |
|---|---|
| **From:** | Drake Shunneson |
| **Sent:** | Tuesday, May 23, 2017 11:24 AM |
| **To:** | 'Joanna Hughes' |
| **Subject:** | Re William Stephens McHenry County Court Case No. 16CH467 |
| **Attachments:** | Supplemental Docs - Stephens.pdf |

Joanna,

Please see attached supplemental documents Bill dropped off. I tried faxing them to SPS, but did not receive the confirmation yet. I am in the office this afternoon. Thanks.

--

Drake W. Shunneson, J.D., LL.M.
Attorney at Law
(815) 385-6840

This email and any of its attachments may contain proprietary information, which is privileged and confidential. This email is intended only for the use of the individual or entity addressed. If you are not the intended recipient, you are hereby notified that you should not disseminate, distribute or copy this email, and any and all electronic and hard copies of this message should be permanently deleted. If you have received this email in error, please contact the sender immediately. Also, please note, due to the volume of email spam received by us, we utilize spam filters. This may prevent your email from reaching us. Therefore, you should not email time sensitive or unsolicited emails without also confirming that we have received the same. We do not accept notices of motion or filing via electronic mail. Thank you.