William M Stephens
                                        Plaintiff,
v.                                                      Case No.: 1:18–cv–01546
                                                        Honorable Robert M. Dow Jr.
Select Portfolio Servicing, Inc.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 2, 2018:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Initial status hearing is set for 4/17/2018 at 9:00 a.m. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the courts action herein. Lead counsel is directed to appear at this status hearing. The parties are requested to file a joint status report at least two days prior to the initial status. For further details see the Court's website available at www.ilnd.uscourts.gov. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.