# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

William M Stephens

                      Plaintiff,

v.                                                          Case No.: 1:18–cv–01546

                                                                   Honorable Robert M. Dow Jr.

Select Portfolio Servicing, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 27, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Select Portfolio Servicing, Inc.'s uncontested motion for an extension of time to file its responsive pleading to Plaintiff's complaint [11] is granted. Notice of motion date of 3/28/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.