# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **WILLIAM M. STEPHENS**, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:18-cv-01546 |
| v. | ) |
| | ) |
| **SELECT PORTFOLIO SERVICING, INC.**, | ) Hon. Robert M. Dow, Jr. |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF
## INITIAL RESPONSES TO MANDATORY INITIAL DISCOVERY

To:   See Service List

On May 14, 2018, Select Portfolio Servicing Inc. served its initial responses to mandatory initial discovery by electronic mail to those individuals listed on the attached service list.

>                              SELECT PORTFOLIO SERVICING, INC.
>
>                              By: /s/ Jason D. Altman_____
>                                 One of its attorneys

Jason D. Altman (#6224378) – jaltman@klueverplatt.com
Kluever & Platt, LLC
150 North Michigan Avenue – Suite 2600
Chicago, Illinois 60601
(312) 236-0077

## CERTIFICATE OF SERVICE

      I, Jason Altman, certify that I electronically filed Select Portfolio Servicing Inc.'s notice of service of mandatory initial discovery responses with the Clerk of the United States District Court for the Northern District of Illinois CM/ECF system which will send notification of such filing(s) to all parties of record through said system.

                                                   /s/ Jason D. Altman
                                                      Jason D. Altman

## SERVICE LIST

Rusty A. Payton
Marc E. Dann
DannLaw
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
notices@dannlaw.com